EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Arturo Pérez Guerrero | 2019 TSPR 95<br><br>202 DPR ____ |

Número del Caso:  TS-11,477


Fecha: 14 de mayo de 2019


Abogados de la parte peticionaria:

      Lcdo. Guillermo Figueroa Prieto
      Lcdo. Mario Rodríguez Torres


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Arturo Pérez Guerrero                    TS-11,477

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de mayo de 2019.

Examinada la *Solicitud de reinstalación* presentada el 6 de mayo de 2019 por el Sr. Arturo Pérez Guerrero, se autoriza su reinstalación al ejercicio de la abogacía.

Se le advierte al Lcdo. Arturo Pérez Guerrero que en lo sucesivo deberá dar fiel cumplimiento a los deberes impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.


                    José Ignacio Campos Pérez
                  Secretario del Tribunal Supremo